No. 2,748.—DAN. SHEA, BY HIS GUARDIAN AD LITEM, JOHN SHEA, RESPONDENT, *v.* BUTTE ELECTRIC RY. CO. ET AL., APPELLANTS.

*Appeal from District Court, Silver Bow county; Jeremiah J. Lynch, Judge.*

On motion to dismiss appeal.

Decided October 22, 1909.

*Mr. W. M. Bickford, Mr. Geo. F. Shelton,* and *Mr. H. C. Hopkins,* for Appellants.

*Messrs. Breen & Hogevoll,* for Respondent.

---

No. 2,736.—STATE, RESPONDENT, *v.* G. M. JOHNSTON, APPELLANT.

*Appeal from District Court, Deer Lodge County; Geo. B. Winston, Judge.*

On motion to dismiss appeal.

Decided November 22, 1909.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed, in accordance with stipulation of counsel.